UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ARTURO GARCIA-RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>Kristi NOEM, Secretary of Homeland Security, et al.,<br><br>Respondents. | Case No.:  26-cv-109-BJC-DDL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

    Petitioner is a 47-year-old Mexican national who last entered the United States in 1999.  ECF No. 1 at 4.  On December 31, 2025, Petitioner was arrested by Immigration Customs and Enforcement.  *Id.*  Since then, he has remained in detention at the Otay Mesa Detention Center.  *Id.*

    On January 8, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the Fifth Amendment.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a return to the petition on January 16, 2026. ECF No. 4. In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in

*Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 1.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: January 29, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge